UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60010-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOZEF BOGACKI,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the court upon Petitioner Anna Maria Januszkiewicz-Colin's Application for Reimbursement of Petitioner's Costs and Attorney's Fees pursuant to 28 U.S.C. § 2412 (DE 234) and the Report and Recommendation issued by United States Magistrate Judge Ann E. Vitunac on September 28, 2007 [DE 255].

The court has considered the Report and Recommendation, the written objections, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** as follows:

First, for purposes of this order, the Court assumes that Petitioner was a prevailing party.

Second, the Court notes Petitioner's objection that the Magistrate Judge relied, at least in part, on inadmissible hearsay. Petitioner's Objections to Magistrate Judge's Report and Recommendations at 4. DE 256. The Court will disregard the conclusions of the Magistrate Judge based upon that evidence. Even excluding the hearsay evidence, there was ample admissible evidence supporting the Magistrate Judge's findings and conclusions.

Third, the Court also notes that the relevant inquiry in this matter is not whether Petitioner was in fact the rightful owner of the property in question, nor is it whether the transactions between Petitioner and Defendant Jozef Bogacki were in fact arms length

transactions.  Rather, the relevant question is whether the United States was substantially justified in seeking to forfeit the property based upon the information it had available to it, even though it could be argued that the Government was wrong.  Unquestionably, the answer is yes.

As a result, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**.  The Petitioner's Application for Reimbursement of Petitioner's Costs and Attorney's Fees pursuant to 28 U.S.C. § 2412 (DE 234) is **DENIED**.

**DONE and ORDERED** in West Palm Beach, this 28th day of November, 2007.

_____
**KENNETH A. MARRA**
UNITED STATES DISTRICT JUDGE

cc:   William Beckerleg, Jr., AUSA
      George L. Hayes, III, Esq.